FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 16, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WAI CONSTRUCTION GROUP, LLC., <br><br> Plaintiff, <br><br> v. <br><br> WAVE QUANTUM, INC., HARVEY PRICKETT, <br><br> Defendants. | No. 4:23-CV-05091-MKD <br><br> ORDER DENYING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT <br><br> ECF No. 14 |

Before the Court is Plaintiff's Motion for Default Judgment. ECF No. 14. The Court has identified a procedural deficiency in Plaintiff's First Amended Complaint that precludes granting Plaintiff's motion. Plaintiff attached the contract and invoices at issue as exhibits to its initial complaint. *See* ECF No. 1 at 10-25. The First Amended Complaint purports to refer to "attached" exhibits. *See, e.g.*, ECF No. 6 at 4 ¶ 13 ("A true and accurate copy of the MSA is attached hereto as Exhibit A."); *id.* at ¶ 14 ("A true and accurate copy of the Statement of Work … is attached hereto as Exhibit B."); *id.* at 5 ¶ 20 ("A true and accurate copy of the [invoice] is attached hereto as Exhibit C."). However, there are no attached exhibits.

ORDER - 1

While Local Civil Rule 10(c) provides that "[p]reviously filed pleadings, exhibits, or documents shall not be unnecessarily refiled but rather shall be incorporated by reference," LCivR 10(c), Plaintiff's First Amended Complaint did not seek to "incorporate[] by reference" the initial complaint's exhibits. The Court is thus unable to consider the contract and invoices at issue. *Cf. Ramirez v. Cnty. of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir. 2015) (noting "[i]t is well-established" in the Ninth Circuit that an "amended complaint supersedes the original, the latter being treated thereafter as non-existent.") (quotations and citations omitted). Plaintiff's Motion for Default Judgment is therefore denied. Plaintiff may cure this deficiency by filing a Second Amended Complaint, together with exhibits or unambiguous incorporations by reference to the initial complaint's exhibits.

Accordingly, **IT IS HEREBY ORDERED:**

1. Plaintiff's Motion for Default Judgment, **ECF No. 14,** is **DENIED**.

**IT IS SO ORDERED.** The District Court Executive is directed to file this order and provide copies to counsel.

DATED July 16, 2024.

<u>s/Mary K. Dimke</u>
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER - 2